<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6536**

———————

JULIO MOREJON-PACHECO,

Petitioner - Appellant,

versus

FEDERAL BUREAU OF PRISONS; WARDEN, Federal
Correctional Institution - Butner,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-00-230-5-BO)

———————

Submitted: August 23, 2001          Decided: August 29, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Julio Morejon-Pacheco, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Julio Morejon-Pacheco appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] Morejon-Pacheco v. Federal Bureau of Prisons, No. CA-00-230-5-BO (E.D.N.C. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We deny Morejon-Pacheco's motion to transfer the appeal.

2